1  dominicborjaetalinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  KRISTIN D. ST. PETER
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America



**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. **07-00001** |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| | ) | **CONSPIRACY (Count I)** |
| | ) | [18 U.S.C. § 371] |
| | ) | **UNLAWFUL TAKING OF WILD** |
| DOMINIC C. BORJA, | ) | **ANIMAL (Count II)** |
| MARIANO C. SALAS, and | ) | [5 GCA § 63121, 18 U.S.C. § 7(3), |
| ENRIQUE REYES TEDTAOTAO, | ) | 18 USC § 13, and 16 USC § 3372] |
| | ) | **ENTERING MILITARY, NAVAL, OR** |
| Defendants. | ) | **COAST GUARD PROPERTY (Count III)** |
| | ) | [18 U.S.C. § 1382] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - CONSPIRACY

On or about November 19, 2006, in the District of Guam, the defendants, DOMINIC C. BORJA, MARIANO C. SALAS, and ENRIQUE REYES TEDTAOTAO did conspire together to go upon a United States military reservation, to wit, Andersen Air Force Base to unlawfully take a wild animal, in violation of 5 Guam Code Annotated, Section 63121 and 16 USC § 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13, in violation of 18 U.S.C. 371.

1

## COUNT II - UNLAWFUL TAKING OF WILD ANIMINAL

On or about November 19, 2006, in the District of Guam, the defendants, DOMINIC C. BORJA, MARIANO C. SALAS, and ENRIQUE REYES TEDTAOTAO did go upon a United States military reservation, to wit, Andersen Air Force Base and did unlawfully take a wild animal, in violation of 5 Guam Code Annotated, Section 63121 and 16 USC § 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13.

## COUNT III- ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY

On or about November 19, 2006, in the District of Guam, the defendants, DOMINIC C. BORJA, MARIANO C. SALAS, and ENRIQUE REYES TEDTAOTAO did go upon a United States military reservation, to wit, Andersen Air Force Base, for a purpose prohibited by law, that is, intending to engage in conduct in violation of 5 Guam Code Annotated, Section 63121 and 16 USC § 3372, as assimilated by Title 18, United States Code, Sections 7(3) and 13, in violation of 18 U.S.C. 1382.

DATED this 9th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

2

Case 1:07-mj-00001   Document 1   Filed 01/09/2007   Page 2 of 2