# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **MJ 07-00001**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __x__ No

Defendant Name ___Dominic C. Borja___

Alias Name _____

Address _____

___Barrigada, GU___

Birthdate __Xx/xx/1977__ SS# __xxx-xx-9901__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA ___Kristin D. St. Peter___

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED JAN - 9 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __3__    ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | I |
| Set 2 | 5 GCA 63121; 18 USC 7(3); 18 USC 13; 16 USC 3372 | Unlawful Taking of Wild Animal | II |
| Set 3 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | III |
| Set 4 | | | |

(May be continued on reverse)

Date: __1/9/07__    Signature of AUSA: _____

Case 1:07-mj-00001    Document 1-2    Filed 01/09/2007    Page 1 of 1