# Criminal Case Cover Sheet  U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

MJ- **07-00001**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile:** Yes ____ No __X__  **Matter to be sealed:** ____ Yes __x__ No

Defendant Name _____Mariano C. Salas_____

Alias Name _____

Address _____

_____Barrigada, GU_____

Birthdate __Xx/xx/1958__  SS# __xxx-xx-4216__  Sex __M__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Kristin D. St. Peter__

**Interpreter:** __X__ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
JAN - 9 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __3__  ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | I |
| Set 2 | 5 GCA 63121; 18 USC 7(3); 18 USC 13; 16 USC 3372 | Unlawful Taking of Wild Animal | II |
| Set 3 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | III |
| Set 4 | | | |

(May be continued on reverse)

Date: __1/9/07__  Signature of AUSA: _____