# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: MJ 07-00001
Same Defendant: _____ New Defendant: x
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes x No

Defendant Name: Enrique Reyes Tedtaotao
Alias Name: _____
Address: _____
         Barrigada, GU

Birthdate: Xx/xx/1970   SS# xxx-xx-7931   Sex: M   Race: PI   Nationality: Chamorro

**U.S. Attorney Information:**

SAUSA: Kristin D. St. Peter

Interpreter: X No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

RECEIVED JAN - 9 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: 3   ___ Petty   X Misdemeanor   ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | I |
| Set 2 | 5 GCA 63121; 18 USC 7(3); 18 USC 13; 16 USC 3372 | Unlawful Taking of Wild Animal | II |
| Set 3 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | III |
| Set 4 | | | |

(May be continued on reverse)

Date: 1/9/07   Signature of AUSA: [signature]