ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN -9 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC C. BORJA,<br>MARIANO C. SALAS, and<br>ENRIQUE REYES TEDTAOTAO,<br><br>Defendants. | MAGISTRATE CASE NO. 07-00001<br><br>**UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendants, DOMINIC C. BORJA, MARIANO C. SALAS and ENRIQUE REYES TEDTAOTAO, based on an Information filed charging the defendants each with one count of one count of conspiracy in violation of Title 18, United States Code. Section 371, one count of unlawful taking of a wild animal in violation of Title 5, Guam Code Annotated, Section 63121 and Title 16, United States Code, Section 3372, and one count of unlawful entry in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 9th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney