LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 07-00001 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | **Re: United States' Motion** |
| DOMINIC C. BORJA, ) | **to Dismiss Information** |
| MARIANO C. SALAS, and ) | |
| ENRIQUE REYES TEDTATOTAO, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Upon motion by the government,

IT IS SO ORDERED that the Information in the above entitled case against defendants, DOMINIC C. BORJA, MARIANO C. SALAS, and ENRIQUE REYES TEDTAOTAO, is hereby dismissed without prejudice.

Dated this 18th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**